# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5.00 For Deposit To Registry Fund

Debtor:  Clara M. LeFebvre

Chapter 7 Case No.  09-60596

Please Check One:

☐ 1  Unclaimed Dividends

x  2  Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| US Bank N.A.<br>PO Box 5229<br>Cincinnati, OH  45201 | 6 | $170.09 | $4.67 |

Date: February 11, 2010

/e/ Gene W. Doeling
Trustee Gene W. Doeling
P.O. Box 423
Fargo, ND 58107
701.232.8757

RECEIVED 10 FEB 12 AM 9:46 U.S. BANKRUPTCY COURT FERGUS FALLS, MN